| | |
|---|---|
| COOLEY LLP<br>Michael A. Attanasio, Bar No. 151529<br>mattanasio@cooley.com<br>Charles E. Harrison, Bar No. 313028<br>charrison@cooley.com<br>Matthew D. Martinez, Bar No. 333932<br>mmartinez@cooley.com<br>4401 Eastgate Mall<br>San Diego, California 92121-1909<br>Telephone:  +1 858 550 6000<br>Facsimile:   +1 858 550-6420<br><br>Attorneys for Plaintiff<br>QUALCOMM TECHNOLOGIES, INC. | SINGER CASHMAN LLP<br>Benjamin L. Singer (Bar No. 264295)<br>bsinger@singercashman.com<br>Evan Budaj (Bar No. 271213)<br>ebudaj@singercashman.com<br>505 Montgomery Street, Suite 1100<br>San Francisco, CA 94111<br>Telephone: (415) 500-6080<br>Facsimile: (415) 500-6080<br><br>Attorneys for Defendant<br>TRUONG HOANG |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| QUALCOMM TECHNOLOGIES, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>TRUONG HOANG,<br><br>                Defendant. | Case No. 22-cv-00248-CAB-BLM<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

1   The parties to this action hereby give notice that they have reached a settlement in principle.  The parties are in the process of memorializing their agreement and conducting the necessary follow-up called for therein.  The parties anticipate filing a Joint Motion to Dismiss, which will include the entry of a Stipulated Permanent Injunction, within 60 days.  The parties respectfully request the Court vacate any case-management dates or deadlines in the interim, including Defendant's deadline to respond to Plaintiff's Complaint.

Dated:   May 17, 2022

**COOLEY LLP**

By: */s/ Michael A. Attanasio*
         Michael A. Attanasio

Attorneys for Plaintiff
QUALCOMM TECHNOLOGIES, INC.

Email: mattanasio@cooley.com

**SINGER CASHMAN**

By: */s/ Benjamin L. Singer*
         Benjamin L. Singer

Attorneys for Defendant
TRUONG HOANG

Email: bsinger@singercashman.com

/ / /
/ / /
/ / /

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Benjamin L. Singer, counsel for Defendant Truong Hoang, and that I have obtained Mr. Singer's authorization to affix his electronic signature to this document.

*/s/ Michael A. Attanasio*
Michael A. Attanasio