COOLEY LLP
Michael A. Attanasio, Bar No. 151529
mattanasio@cooley.com
Charles Harrison, Bar No. 313028
charrison@cooley.com
Matthew D. Martinez, Bar No. 333932
mmartinez@cooley.com
4401 Eastgate Mall
San Diego, California  92121-1909
Telephone:      +1 858 550 6000
Facsimile:      +1 858 550-6420

Attorneys for Plaintiff
QUALCOMM TECHNOLOGIES, INC.

SINGER CASHMAN LLP
Benjamin Singer, Bar No. 264295
BSinger@singercashman.com
Evan Budaj, Bar No. 271213
EBudaj@singercashman.com
601 Montgomery St. Ste 1950
San Francisco, California 94111-2585
Telephone: +1 415 564 3650
Facsimile: +1 415 500 6080

Attorneys for Defendant
TRUONG HOANG

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| QUALCOMM TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRUONG HOANG,<br><br>Defendant. | Case No. 22-cv-00248-CAB-BLM<br><br>**JOINT MOTION TO DISMISS AND ENTER STIPULATED PERMANENT INJUNCTION** |

Plaintiff Qualcomm Technologies, Inc. and Defendant Truong Hoang (collectively, "the Parties") hereby jointly move the Court to dismiss this action with prejudice and enter the Stipulated Permanent Injunction attached as **Exhibit 1**.

Each party will bear its own costs and fees.  Notwithstanding the dismissal, and pursuant to the terms of the Stipulated Permanent Injunction, the Parties request that the Court retain jurisdiction over this matter for purposes of resolving any disputes that may arise in the future regarding the Parties' Settlement Agreement and/or the Stipulated Permanent Injunction, and for the purposes of issuing such further orders and directives as may be necessary and appropriate for the interpretation, modification, or enforcement of the Settlement Agreement and/or the Stipulated Permanent Injunction.

1  Dated: July 22, 2022

                                         **COOLEY LLP**

By: */s/ Michael A. Attanasio*
       Michael A. Attanasio

Attorneys for Plaintiff
QUALCOMM TECHNOLOGIES, INC.

Email: mattanasio@cooley.com

**SINGER CASHMAN LLP**

By: */s/ Benjamin Singer*
       Benjamin Singer

Attorneys for Defendant
TRUONG HOANG

Email: BSinger@singercashman.com

<u>**SIGNATURE CERTIFICATION**</u>

      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Benjamin Singer, counsel for Defendant Truong Hoang, and that I have obtained Mr. Singer's authorization to affix his electronic signature to this document.


                                  */s/ Michael A. Attanasio*
                                  Michael A. Attanasio

**<u>EXHIBIT 1</u>**

**STIPULATED PERMANENT INJUNCTION**

1

COOLEY LLP
Michael A. Attanasio, Bar No. 151529

2

mattanasio@cooley.com
Charles Harrison, Bar No. 313028

3

charrison@cooley.com
Matthew D. Martinez, Bar No. 333932

4

mmartinez@cooley.com
4401 Eastgate Mall

5

San Diego, California  92121-1909
Telephone:      +1 858 550 6000

6

Facsimile:      +1 858 550-6420

7

Attorneys for Plaintiff
QUALCOMM TECHNOLOGIES, INC.

8

SINGER CASHMAN LLP
Benjamin Singer, Bar No. 264295
BSinger@singercashman.com
Evan Budaj, Bar No. 271213
EBudaj@singercashman.com
601 Montgomery St. Ste 1950
San Francisco, California 94111-2585
Telephone: +1 415 564 3650
Facsimile: +1 415 500 6080

Attorneys for Defendant
TRUONG HOANG

9

UNITED STATES DISTRICT COURT

10

SOUTHERN DISTRICT OF CALIFORNIA

11

SAN DIEGO DIVISION

12

13

QUALCOMM TECHNOLOGIES, INC.,

14

Plaintiff,

15

v.

16

TRUONG HOANG,

17

Defendant.

Case No. 22-cv-00248-CAB-BLM

**[PROPOSED] STIPULATED
PERMANENT INJUNCTION**

18

19

20

21

22

23

24

25

26

27

28

This matter came before the Court on stipulation of the parties.  This Court has reviewed this matter, including Plaintiff's Complaint.  The parties stipulate to the following facts:

1.  This Court has jurisdiction over this matter, and venue is proper in this District.

2.  The Defendant, Truong Hoang ("Hoang"), was hired by Qualcomm Technologies, Inc. and/or its affiliates ("Qualcomm") in March 2021.  During his employment with Qualcomm, Hoang had access to Qualcomm's trade secrets and confidential information (collectively "Qualcomm Information"[1]), and he was subject to an Invention Disclosure, Confidentiality & Proprietary Rights Agreement ("Confidentiality Agreement").  Hoang understood that he was required to keep all Qualcomm Information confidential during and after his employment.

3.  On or about January 16, 2022, Hoang transmitted files containing confidential and proprietary information related to Qualcomm's high-performance computer processors to his personal cloud storage account.  It is a violation of Qualcomm's confidentiality policies to upload Qualcomm Information to a personal cloud storage account.

4.  During an interview on January 20, 2022, Hoang admitted that while working for Qualcomm he performed paid contract work for another technology company without obtaining Qualcomm's advance written approval.  It is a violation of Qualcomm's conflicts of interest policies to accept concurrent work with another company without Qualcomm's advance written approval.

---

[1] For purposes of this Order, "Qualcomm Information" means any secret or confidential information, knowledge or data, whether trade secrets or not, from Qualcomm, including without limitation secrets and confidential information, knowledge or data of third parties, including, but not limited to, matters of a technical nature (such as, without limitation, any methods, know-how, formulae, compositions, processes, discoveries, machines, models, devices, specifications, inventions, computer programs and similar items or research projects), of a business nature (such as, without limitation, any information about cost, profit, purchasing, market, marketing and business plans, sales, forecasts, or customer and supplier lists), pertaining to future developments (such as, without limitation, any research and development or future marketing or merchandising), matters regarding Qualcomm personnel and any other nonpublic information that has commercial value.

1

**5.** The Parties have entered a separate Settlement Agreement and have consented to entry of this Stipulated Permanent Injunction.

**6.** The Parties submit to the jurisdiction of the Court for all purposes relating to the Complaint, including but not limited to entering this Stipulated Permanent Injunction, entertaining any proceeding to enforce the Settlement Agreement and/or this Stipulated Permanent Injunction, and/or entertaining any proceeding for contempt of this Stipulated Permanent Injunction.

**7.** Hoang has certified that, to the best of his knowledge, he neither possesses nor has access to Qualcomm Information.  Qualcomm conducted a supplemental review of electronic devices presented by Hoang and did discover Qualcomm Information.

**NOW THEREFORE**, this matter having come before the Court and good cause appearing, it is hereby **ORDERED**:

**a.** Effective immediately, Hoang is enjoined from possessing, controlling, distributing, transferring, copying, sharing, or communicating any Qualcomm Information that he acquired as a result of his employment with, or assignment to, Qualcomm, whether as a contractor, Qualcomm employee, or otherwise.

**b.** Hoang shall immediately return to Qualcomm any Qualcomm Information, including copies and backups, if any, that he acquired as a result of his employment with, or assignment to, Qualcomm, whether as a contractor, Qualcomm employee or otherwise.

**c.** Notwithstanding the dismissal of this case, the Court shall retain jurisdiction of this action for purposes of resolving any disputes that may arise in the future regarding the Settlement Agreement and/or this Stipulated Permanent Injunction, and for the purposes of issuing such further orders and directives as may be necessary and appropriate for the interpretation, modification, or enforcement of the Settlement Agreement and/or this Stipulated Permanent Injunction.

/ / /

/ / /

This Permanent Injunction resolves all claims between the parties and disposes of this matter in its entirety.   The action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:

_____
**Hon. Cathy Ann Bencivengo**
United States District Judge

**SO STIPULATED AND AGREED:**

Dated: July 22, 2022

**COOLEY LLP**

By:  _/s/ Michael A. Attanasio_
_____
Michael A. Attanasio

Attorneys for Plaintiff
QUALCOMM TECHNOLOGIES, INC.

Email: mattanasio@cooley.com

**SINGER CASHMAN LLP**

By:  _/s/ Benjamin Singer_
_____
Benjamin Singer

Attorneys for Defendant
TRUONG HOANG

Email: BSinger@singercashman.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Benjamin Singer, counsel for Defendant Truong Hoang, and that I have obtained Mr. Singer's authorization to affix his electronic signature to this document.

*/s/ Michael A. Attanasio*
Michael A. Attanasio